# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| HA NASI YISRAEL, <br> OMAR R. DUNN, <br> MARQUIS J. JENKINS, | ) <br> ) <br> ) <br> ) | CLERK'S JUDGMENT |
| Plaintiff(s), | ) <br> ) | 5:13-CV-00166-FDW |
| vs. | ) <br> ) | |
| LARRY DUNSTON, ET AL, | ) <br> ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2014, Order.

January 24, 2014

Frank G. Johns, Clerk
United States District Court